UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

TAMMY ELDRIDGE                                          PLAINTIFF

V.                    NO. 3:17-CV-00308-JTR

NANCY A. BERRYHILL,[1]
Acting Commissioner,
Social Security Administration                        DEFENDANT

## **ORDER**

Plaintiff is granted permission to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. The Clerk is directed to file and docket the Complaint, without prepayment of fees and costs or security therefor, and issue summons.

IT IS THEREFORE ORDERED that Plaintiff's Motion for Leave to Proceed *In Forma Pauperis, Doc. 1*, is GRANTED.

DATED this 30th day of November, 2017.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] Although Plaintiff has named Michael J. Astrue as the Acting Commissioner of the Social Security Administration, Nancy A. Berryhill is the current Acting Commissioner. Pursuant to Fed. R. Civ. P. 25(d), Berryhill is automatically substituted as the Defendant.