# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**TAMMY ELDRIDGE**                                                                                          **PLAINTIFF**

**v.**                              **No. 3:17-CV-00308-JTR**

**NANCY A. BERRYHILL,**
**Deputy Commissioner for Operations,**
**performing the duties and functions**
**not reserved to the Commissioner**
**of Social Security Administration**                                                       **DEFENDANT**

## JUDGMENT

Pursuant to the order entered in this case on this date, it is CONSIDERED, ORDERED, and ADJUDGED that the final decision of Nancy A. Berryhill, Acting Commissioner of the Social Security Administration, is REVERSED, and this case is REMANDED for proceedings specified in the Court's order pursuant to sentence four of 42 U.S.C. § 405(g).

So ordered this 6th day of November, 2018.

_____
UNITED STATES MAGISTRATE JUDGE

1